### 55879. HOLLAND v. THE STATE.

BIRDSONG, Judge.

Holland appeals his conviction of theft by taking. *Held:*

The evidence showed that appellant and another man approached the victim from the rear, the other man removed the victim's purse from her shopping cart, and both men fled. This evidence, without more, was insufficient to authorize the appellant's conviction. *Johnson v. State,* 126 Ga. App. 277 (190 SE2d 594).

*Judgment reversed. Bell, C. J., and Shulman, J., concur.*

ARGUED MAY 22, 1978 — DECIDED JUNE 27, 1978 — REHEARING DENIED JULY 28, 1978.

*Steve W. Reighard,* for appellant.

*Hinson McAuliffe, Solicitor, Richard E. Stark, Assistant Solicitor,* for appellee.